Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0082

International Association of Fire Fighters, Local 1349 v. City of Mobile
and Mobile County Personnel Board (Appeal from Mobile Circuit Court:
CV-22-901025).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.